| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **A to Z Packaging Enterprises, Inc.** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-5984260** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **3605 Sandy Plains Road, Suite 240 Marietta, GA 30066** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cobb** | **Location of principal assets, if different from principal place of business** |
| | | County | **2197 Canton Road, Suite 102 Marietta, GA 30066** |
| | | | Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **A to Z Packaging Enterprises, Inc.**_____   Case number (*if known*)_____
         Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor    **A to Z Packaging Enterprises, Inc.**                              Case number (*if known*)
              Name

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No<br>☐ Yes. |
|---|---|---|

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor   **A to Z Packaging Enterprises, Inc.**                                    Case number (*if known*)
     Name

☐ $50,001 - $100,000           ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | A to Z Packaging Enterprises, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 4, 2025**
　　　　　　　MM / DD / YYYY

**X /s/ Sidney Abramowitz**　　　　　　　　　　　**Sidney Abramowitz**
Signature of authorized representative of debtor　　Printed name

Title  **CEO**

**18. Signature of attorney**

**X /s/ Paul Reece Marr GA Bar #**　　　　　　　Date **July 4, 2025**
Signature of attorney for debtor　　　　　　　　　　MM / DD / YYYY

**Paul Reece Marr GA Bar # 471230**
Printed name

**Paul Reece Marr, P.C.**
Firm name

**6075 Barfield Road**
**Suite 213**
**Sandy Springs, GA 30328-4402**
Number, Street, City, State & ZIP Code

Contact phone  **(770) 984-2255**　　　Email address  **paul.marr@marrlegal.com**

**GA Bar # 471230 GA**
Bar number and State

Official Form 201　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | A to Z Packaging Enterprises, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Savare Specialty Adhesives LLC Attn: Jim Defelice 1201 S. Houk Road Delaware, OH 43015 | administration.us@savare.com | vendor | Contingent Unliquidated Disputed Subject to Setoff | | | $345,717.92 |
| HomeTrust Bank PO Box 10 Asheville, NC 28802-0010 | Melanie Piekutowski Melanie.Piekutowski@htb.com 678-889-4555 | line of credit | | | | $250,089.62 |
| SABA North America LLC Cathryn Apley 2237 Wadhams Road Smiths Creek, MI 48074 | cathryn.apley@saba-adhesives.com | vendor | | | | $54,095.18 |
| Colquimica Nataliya Deyneka 2205 Beltway Blvd, Suite 200 Charlotte, NC 28214 | nataliya@deyneka@colquimica.pt | vendor | | | | $40,380.50 |
| American Express P.O. Box 981535 El Paso, TX 79998-1535 | | credit card | | | | $30,941.44 |
| American Express P.O. Box 981535 El Paso, TX 79998-1535 | | credit card | | | | $28,876.43 |
| Capital One Attn: Bankruptcy P.O. Box 30285 Salt Lake City, UT 84130-0285 | | credit card | | | | $19,358.29 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

| Debtor | A to Z Packaging Enterprises, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Symbology, Inc.**<br>**Riley Mecey**<br>**7351 Kirkwood Lane North # 126**<br>**Osseo, MN 55369** | meey@symbology.com | vendor | | | | $14,867.05 |
| **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | | | | | Unknown |
| **Sure Tack Systems**<br>**Melisa Anderson**<br>**603 Bell Park Circle**<br>**Woodstock, GA 30188** | melisa@suretacksystems.com | vendor | | | | $13,580.80 |
| **Pallet Express**<br>**Shay Keegan**<br>**PO Box 10552**<br>**Atlanta, GA 30310** | skeegan@palletexpressinc.com | vendor | | | | $12,990.00 |
| **Miami Valley Paper Tube Co.**<br>**Pam Hendy**<br>**104 Miller Road**<br>**Crittenden, KY 41030** | miamivalleytube@gmail.com | vendor | | | | $8,160.00 |
| **RockBridge Financial**<br>**Andrew Levy, CPA**<br>**7742 Spalding Drive, Ste 369**<br>**Norcross, GA 30092** | andrew@rockridgefinancial.com | | | | | $7,857.00 |
| **Epsilon Plastics**<br>**Leslie Piccolo**<br>**PO Box 200235**<br>**Pittsburgh, PA 15251-0235** | Leslie.Piccolo@sigmaplastics.com | vendor | | | | $5,041.92 |
| **Atlantic Tape Co.**<br>**Barbara Stitz**<br>**PO Box 3197**<br>**Peachtree City, GA 30269** | bstitz@atlantictape.com | vendor | | | | $4,498.64 |
| **Retirement Plan Administrators**<br>**780 Johnson Ferry Road**<br>**Suite 375**<br>**Atlanta, GA 30342** | | retirement plan administrator | | | | $3,732.50 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

Debtor **A to Z Packaging Enterprises, Inc.**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Polypack, Inc.**<br>**Cory Charles**<br>**3301 Gateway Centre Blvd.**<br>**Pinellas Park, FL 33782** | ccharles@polypack.com | vendor | | | | $2,079.24 |
| **Advantage Label Company**<br>**John Fields**<br>**8727 Empress Row**<br>**Dallas, TX 75247** | john.fields@adlabel.com | vendor | | | | $1,425.76 |
| **Arrow Waste Services**<br>**PO Box 88868**<br>**Atlanta, GA 30356** | info@arrowwaste.com | account payable | | | | $531.00 |
| **U.S. Small Business Admin.**<br>**2 North Street, Suite 320**<br>**Birmingham, AL 35203** | | **All tangible and intangible personal property, including, but not limited to inventory, equipment, accounts, deposit accounts, etc.** | | $473,332.01 | Unknown | Unknown |

2197 Canton Road, LLC
c/o Lavista Associates, Inc.
3490 Piedmont Rd NE #1300
Atlanta, GA 30305


Advantage Label Company
John Fields
8727 Empress Row
Dallas, TX 75247


American Express
P.O. Box 981535
El Paso, TX 79998-1535


Arrow Waste Services
PO Box 88868
Atlanta, GA 30356


Atlantic Tape Co.
Barbara Stitz
PO Box 3197
Peachtree City, GA 30269


Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285


Colquimica
Nataliya Deyneka
2205 Beltway Blvd, Suite 200
Charlotte, NC 28214


Dept. of Justice Tax Division
Civil Trial § Southern Region
P O Box 14198
Washington, DC 20044

```
Epsilon Plastics
Leslie Piccolo
PO Box 200235
Pittsburgh, PA 15251-0235



Euler Hermes Collections
Attn: Alan Cozzi
100 International Dr, 22nd Fl
Baltimore, MD 21202



HomeTrust Bank
PO Box 10
Asheville, NC 28802-0010



HomeTrust Bank
10 Woodfin Street
Asheville, NC 28801



Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346



Internal Revenue Service
401 W. Peachtree Street, N.W.
Stop 334-D
Atlanta, GA 30308



Miami Valley Paper Tube Co.
Pam Hendy
104 Miller Road
Crittenden, KY 41030



Pallet Express
Shay Keegan
PO Box 10552
Atlanta, GA 30310
```

```
Polypack, Inc.
Cory Charles
3301 Gateway Centre Blvd.
Pinellas Park, FL 33782



Retirement Plan Administrators
780 Johnson Ferry Road
Suite 375
Atlanta, GA 30342



RockBridge Financial
Andrew Levy, CPA
7742 Spalding Drive, Ste 369
Norcross, GA 30092



SABA North America LLC
Cathryn Apley
2237 Wadhams Road
Smiths Creek, MI 48074



SABA North America LLC
Jim Turner, CEO
2237 Wadhams Road
Smiths Creek, MI 48074



Savare Specialty Adhesives LLC
Attn: Jim Defelice
1201 S. Houk Road
Delaware, OH 43015



Sidney Abramowitz
3341 Thomashire Ct.
Marietta, GA 30066-4786



Sure Tack Systems
Melisa Anderson
603 Bell Park Circle
Woodstock, GA 30188
```

```
Symbology, Inc.
Riley Mecey
7351 Kirkwood Lane North # 126
Osseo, MN 55369



U.S. Small Business Admin.
2 North Street, Suite 320
Birmingham, AL 35203



U.S. Small Business Admin.
Georgia District Office
233 Peachtree Street NE; #300
Atlanta, GA 30303



U.S. Small Business Admin.
Processing & Disbursment Cntr
14925 Kingsport Road
Fort Worth, TX 76155



United States Attorney
600 Russell B Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309



United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001



Vivian Hudson Uchitel, Esq.
VHULAW
4840 Roswell Road, Bldg E #200
Atlanta, GA 30342
```

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re  **A to Z Packaging Enterprises, Inc.**　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **A to Z Packaging Enterprises, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 4, 2025** | **/s/ Paul Reece Marr GA Bar #** |
| Date | **Paul Reece Marr GA Bar # 471230** |
| | Signature of Attorney or Litigant |
| | Counsel for  **A to Z Packaging Enterprises, Inc.** |
| | **Paul Reece Marr, P.C.** |
| | **6075 Barfield Road** |
| | **Suite 213** |
| | **Sandy Springs, GA 30328-4402** |
| | **(770) 984-2255 Fax:(678) 623-5109** |
| | **paul.marr@marrlegal.com** |