**Fill in this information to identify the case:**

Debtor name  **A to Z Packaging Enterprises, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)  **25-57545-JWC**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 29, 2025**          *X* **/s/ Sidney Abramowitz**
                                         Signature of individual signing on behalf of debtor

                                         **Sidney Abramowitz**
                                         Printed name

                                         **CEO**
                                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | A to Z Packaging Enterprises, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION |
| Case number (if known): | 25-57545-JWC |

☒ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Savare Specialty Adhesives LLC Attn: Jim Defelice 1201 S. Houk Road Delaware, OH 43015 | administration.us@savare.com | vendor | Contingent Unliquidated Disputed Subject to Setoff | | | $369,001.26 |
| HomeTrust Bank PO Box 10 Asheville, NC 28802-0010 | Melanie Piekutowski  Melanie.Piekutowski@htb.com 678-889-4555 | line of credit | | | | $250,089.62 |
| SABA North America LLC Cathryn Apley 2237 Wadhams Road Smiths Creek, MI 48074 | cathryn.apley@saba-adhesives.com | vendor | | | | $54,095.18 |
| Colquimica Nataliya Deyneka 2205 Beltway Blvd, Suite 200 Charlotte, NC 28214 | nataliya@deyneka@colquimica.pt | vendor | | | | $40,380.50 |
| American Express P.O. Box 981535 El Paso, TX 79998-1535 | | credit card | | | | $30,941.44 |
| American Express P.O. Box 981535 El Paso, TX 79998-1535 | | credit card | | | | $28,876.43 |
| Pallet Express Shay Keegan PO Box 10552 Atlanta, GA 30310 | skeegan@palletexpressinc.com | vendor | | | | $26,725.75 |

Debtor    **A to Z Packaging Enterprises, Inc.**                                    Case number *(if known)*    **25-57545-JWC**
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Denver Mattress Attn: Bob Rensink 10800 E. 45th Ave. Denver, CO 80239** | | account payable | **Unliquidated Disputed** | | | **$24,000.00** |
| **Capital One Attn: Bankruptcy P.O. Box 30285 Salt Lake City, UT 84130-0285** | | credit card | | | | **$19,358.29** |
| **Symbology, Inc. Riley Mecey 7351 Kirkwood Lane North # 126 Osseo, MN 55369** | **rmecey@symbology.com** | vendor | | | | **$14,867.05** |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | | | | | | **Unknown** |
| **Sure Tack Systems Melisa Anderson 603 Bell Park Circle Woodstock, GA 30188** | **melisa@suretacksystems.com** | vendor | | | | **$13,580.80** |
| **Miami Valley Paper Tube Co. Pam Hendy 104 Miller Road Crittenden, KY 41030** | **miamivalleytube@gmail.com** | vendor | | | | **$8,160.00** |
| **Rockridge Financial Andrew Levy, CPA 7742 Spalding Drive, Ste 369 Norcross, GA 30092** | **andrew@rockridgefinancial.com** | | | | | **$7,857.00** |
| **Epsilon Plastics Leslie Piccolo PO Box 200235 Pittsburgh, PA 15251-0235** | **Leslie.Piccolo@sigmaplastics.com** | vendor | | | | **$5,041.92** |
| **Atlantic Tape Co. Barbara Stitz PO Box 3197 Peachtree City, GA 30269** | **bstitz@atlantictape.com** | vendor | | | | **$4,498.64** |
| **Retirement Plan Administrators 780 Johnson Ferry Road Suite 375 Atlanta, GA 30342** | | retirement plan administrator | | | | **$3,732.50** |

Debtor **A to Z Packaging Enterprises, Inc.**

Name

Case number *(if known)*    **25-57545-JWC**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Polypack, Inc. Cory Charles 3301 Gateway Centre Blvd. Pinellas Park, FL 33782** | **ccharles@polypack.com** | **vendor** | | | | **$2,079.24** |
| **McMaster-Carr P.O. Box 4355 Chicago, IL 60680-4355** | | **vendor** | | | | **$1,752.85** |
| **Advantage Label Company John Fields 8727 Empress Row Dallas, TX 75247** | **john.fields@adlabel.com** | **vendor** | | | | **$1,425.76** |

**Fill in this information to identify the case:**

Debtor name    **A to Z Packaging Enterprises, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)    **25-57545-JWC**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

<table>
<tr><td colspan="3">Part 1:   <b>Summary of Assets</b></td></tr>
<tr><td>1.</td><td><i>Schedule A/B: Assets-Real and Personal Property</i> (Official Form 206A/B)</td><td></td></tr>
<tr><td></td><td><b>1a. Real property:</b><br>Copy line 88 from <i>Schedule A/B</i>.........................................................................................</td><td>$                0.00</td></tr>
<tr><td></td><td><b>1b. Total personal property:</b><br>Copy line 91A from <i>Schedule A/B</i>.....................................................................................</td><td>$        187,227.60</td></tr>
<tr><td></td><td><b>1c. Total of all property:</b><br>Copy line 92 from <i>Schedule A/B</i>.........................................................................................</td><td>$        187,227.60</td></tr>
<tr><td colspan="3">Part 2:   <b>Summary of Liabilities</b></td></tr>
<tr><td>2.</td><td><i>Schedule D: Creditors Who Have Claims Secured by Property</i> (Official Form 206D)<br>Copy the total dollar amount listed in Column A, <i>Amount of claim,</i> from line 3 of <i>Schedule D</i>....................................</td><td>$        473,332.01</td></tr>
<tr><td>3.</td><td><i>Schedule E/F: Creditors Who Have Unsecured Claims</i> (Official Form 206E/F)</td><td></td></tr>
<tr><td></td><td><b>3a. Total claim amounts of priority unsecured claims:</b><br>Copy the total claims from Part 1 from line 5a of <i>Schedule E/F</i>.............................................</td><td>$         13,602.80</td></tr>
<tr><td></td><td><b>3b. Total amount of claims of nonpriority amount of unsecured claims:</b><br>Copy the total of the amount of claims from Part 2 from line 5b of <i>Schedule E/F</i>..............................</td><td>+$       906,464.23</td></tr>
<tr><td>4.</td><td><b>Total liabilities</b> .......................................................................................<br>Lines 2 + 3a + 3b</td><td>$       1,393,399.04</td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name  **A to Z Packaging Enterprises, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)  **25-57545-JWC**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **checking account** | **4375** | **$1,325.08** |
| 3.2. | **HomeTrust Bank** | **checking** | **1366** | **$8,185.44** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                  $9,510.52
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **security deposit with warehouse landlord** | **$4,875.00** |

Debtor    **A to Z Packaging Enterprises, Inc.**                                    Case number *(If known)* **25-57545-JWC**
Name

| | | |
|---|---|---|
| 7.2. | **utility deposits** | $500.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                    $5,375.00

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:            103,670.73            -            0.00      = ....            $103,670.73

face amount                          doubtful or uncollectible accounts

11b. Over 90 days old:            7,669.55            -            0.00      = ....            $7,669.55

face amount                          doubtful or uncollectible accounts

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.            $111,340.28

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor   **A to Z Packaging Enterprises, Inc.**                                          Case number *(If known)* **25-57545-JWC**
Name

39.   **Office furniture**

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**
office furniture, fixtures, and furnishings _____   **Unknown** _____   $3,000.00

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                        | $3,000.00 |
Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46.   **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   flatbed truck | Unknown | | $23,001.80 |
| 47.2.   equipment and parts | Unknown | | $35,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**                                                                        | $58,001.80 |
Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No

Debtor  **A to Z Packaging Enterprises, Inc.**                    Case number *(If known)* **25-57545-JWC**
        Name

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit
     has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims
     claim against Savare Specialty Adhesives LLC for
     overcharging of product**

| Nature of claim | **price discrimination, tortious interference with business relationships** | **Unknown** |
|---|---|---|
| Amount requested | **$0.00** | |

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.          | **$0.00** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Debtor    **A to Z Packaging Enterprises, Inc.**                                   Case number *(If known)*  **25-57545-JWC**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,510.52 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,375.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $111,340.28 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $58,001.80 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $187,227.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $187,227.60 |

**Fill in this information to identify the case:**

Debtor name __A to Z Packaging Enterprises, Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION__

Case number (if known) __25-57545-JWC__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **U.S. Small Business Admin.**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**All tangible and intangible personal property, including, but not limited to inventory, equipment, accounts, deposit accounts, etc.** | $473,332.01 | Unknown |

**2 North Street, Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**filed 6/24/2020; continued 6/6/2025**
**Last 4 digits of account number 7804**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**EIDL loan; UCC Financing Statement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $473,332.01

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **U.S. Small Business Admin.**<br>**Georgia District Office**<br>**233 Peachtree Street NE; #300**<br>**Atlanta, GA 30303** | Line __2.1__ | |

Debtor  **A to Z Packaging Enterprises, Inc.**
<sub>Name</sub>

Case number (*if known*)  **25-57545-JWC**

**U.S. Small Business Admin.**
**Processing & Disbursment Cntr**
**14925 Kingsport Road**
**Fort Worth, TX 76155**

Line  **2.1**

**Fill in this information to identify the case:**

Debtor name    **A to Z Packaging Enterprises, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)    **25-57545-JWC**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,602.80** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**tax period 12/31/2022** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Advantage Label Company**<br>**John Fields**<br>**8727 Empress Row**<br>**Dallas, TX 75247** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,425.76** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **vendor**<br>Is the claim subject to offset?  ☑ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1535** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,941.44** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **1005** | Basis for the claim:  **credit card**<br>Is the claim subject to offset?  ☑ No  ☐ Yes | |

| Debtor | A to Z Packaging Enterprises, Inc. | Case number (if known) | 25-57545-JWC |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address

**American Express**
P.O. Box 981535
El Paso, TX 79998-1535

Date(s) debt was incurred _

Last 4 digits of account number **1008**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **credit card**

Is the claim subject to offset? ■ No ☐ Yes

**$28,876.43**

---

**3.4** | Nonpriority creditor's name and mailing address

**Atlantic Tape Co.**
Barbara Stitz
PO Box 3197
Peachtree City, GA 30269

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$4,498.64**

---

**3.5** | Nonpriority creditor's name and mailing address

**Capital One**
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Date(s) debt was incurred _

Last 4 digits of account number **7095**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **credit card**

Is the claim subject to offset? ■ No ☐ Yes

**$19,358.29**

---

**3.6** | Nonpriority creditor's name and mailing address

**Colquimica**
Nataliya Deyneka
2205 Beltway Blvd, Suite 200
Charlotte, NC 28214

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$40,380.50**

---

**3.7** | Nonpriority creditor's name and mailing address

**Denver Mattress**
Attn: Bob Rensink
10800 E. 45th Ave.
Denver, CO 80239

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **account payable**

Is the claim subject to offset? ■ No ☐ Yes

**$24,000.00**

---

**3.8** | Nonpriority creditor's name and mailing address

**Epsilon Plastics**
Leslie Piccolo
PO Box 200235
Pittsburgh, PA 15251-0235

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$5,041.92**

---

**3.9** | Nonpriority creditor's name and mailing address

**HomeTrust Bank**
PO Box 10
Asheville, NC 28802-0010

Date(s) debt was incurred _

Last 4 digits of account number **3050**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **line of credit**

Is the claim subject to offset? ■ No ☐ Yes

**$250,089.62**

---

| Debtor | A to Z Packaging Enterprises, Inc. | Case number (if known) | 25-57545-JWC |
|---|---|---|---|
| | Name | | |

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,752.85**

McMaster-Carr
P.O. Box 4355
Chicago, IL 60680-4355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  9900

Basis for the claim:  vendor

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,160.00**

Miami Valley Paper Tube Co.
Pam Hendy
104 Miller Road
Crittenden, KY 41030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  vendor

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,725.75**

Pallet Express
Shay Keegan
PO Box 10552
Atlanta, GA 30310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  vendor

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,079.24**

Polypack, Inc.
Cory Charles
3301 Gateway Centre Blvd.
Pinellas Park, FL 33782

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  vendor

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,732.50**

Retirement Plan Administrators
780 Johnson Ferry Road
Suite 375
Atlanta, GA 30342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  retirement plan administrator

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,857.00**

Rockridge Financial
Andrew Levy, CPA
7742 Spalding Drive, Ste 369
Norcross, GA 30092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  services rendered

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,095.18**

SABA North America LLC
Cathryn Apley
2237 Wadhams Road
Smiths Creek, MI 48074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  vendor

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | A to Z Packaging Enterprises, Inc. | | Case number (if known) | **25-57545-JWC** |
|---|---|---|---|---|
| | Name | | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369,001.26 |
|---|---|---|---|
| | **Savare Specialty Adhesives LLC**<br>**Attn: Jim Defelice**<br>**1201 S. Houk Road**<br>**Delaware, OH 43015** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? □ No ■ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,580.80 |
|---|---|---|---|
| | **Sure Tack Systems**<br>**Melisa Anderson**<br>**603 Bell Park Circle**<br>**Woodstock, GA 30188** | □ Contingent<br>□ Unliquidated<br>□ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No □ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,867.05 |
|---|---|---|---|
| | **Symbology, Inc.**<br>**Riley Mecey**<br>**7351 Kirkwood Lane North # 126**<br>**Osseo, MN 55369** | □ Contingent<br>□ Unliquidated<br>□ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No □ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Atradius Collections Inc.**<br>**for SABA North America LLC**<br>**3500 Lacey Rd, Suite 220**<br>**Downers Grove, IL 60515** | Line **3.16**<br><br>□ Not listed. Explain ____ | _ |
| 4.2 | **Dept. of Justice Tax Division**<br>**Civil Trial § Southern Region**<br>**P O Box 14198**<br>**Washington, DC 20044** | Line **2.1**<br><br>□ Not listed. Explain ____ | _ |
| 4.3 | **Euler Hermes Collections**<br>**Attn: Alan Cozzi**<br>**100 International Dr, 22nd Fl**<br>**Baltimore, MD 21202** | Line **3.17**<br><br>□ Not listed. Explain ____ | _ |
| 4.4 | **HomeTrust Bank**<br>**10 Woodfin Street**<br>**Asheville, NC 28801** | Line **3.9**<br><br>□ Not listed. Explain ____ | **3050** |
| 4.5 | **Internal Revenue Service**<br>**401 W. Peachtree Street, N.W.**<br>**Stop 334-D**<br>**Atlanta, GA 30308** | Line **2.1**<br><br>□ Not listed. Explain ____ | _ |

| Debtor | A to Z Packaging Enterprises, Inc. | Case number *(if known)* | **25-57545-JWC** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.6 | **United States Attorney**<br>**600 Russell B Russell Building**<br>**75 Ted Turner Drive, S.W.**<br>**Atlanta, GA 30303-3309** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **United States Attorney General**<br>**U.S. Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20530-0001** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Vivian Hudson Uchitel, Esq.**<br>**VHULAW**<br>**4840 Roswell Road, Bldg E #200**<br>**Atlanta, GA 30342** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 13,602.80 |
| **5b. Total claims from Part 2** | 5b. + | $ 906,464.23 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 920,067.03 |

**Fill in this information to identify the case:**

Debtor name   **A to Z Packaging Enterprises, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)   **25-57545-JWC**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Lease dated January 31, 2021. Leased premises is 2197 Canton Road, Suite 102, Marietta, GA 30066** | |
| State the term remaining | **March 31, 2026** | **2197 Canton Road, LLC c/o Lavista Associates, Inc. 3490 Piedmont Rd NE #1300 Atlanta, GA 30305** |
| List the contract number of any government contract | | |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Collaboration and Commission Agreement** | |
| State the term remaining | | **SABA North America LLC Jim Turner, CEO 2237 Wadhams Road Smiths Creek, MI 48074** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **A to Z Packaging Enterprises, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known) **25-57545-JWC**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Sidney Abramowitz** | **3341 Thomashire Ct. Marietta, GA 30066-4786** | **HomeTrust Bank** | ☐ D _____<br>☑ E/F __3.9__<br>☐ G _____ |
| 2.2 | **Sidney Abramowitz** | **3341 Thomashire Ct. Marietta, GA 30066-4786** | **U.S. Small Business Admin.** | ☑ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Sidney Abramowitz** | **3341 Thomashire Ct. Marietta, GA 30066-4786** | **American Express** | ☐ D _____<br>☑ E/F __3.2__<br>☐ G _____ |
| 2.4 | **Sidney Abramowitz** | **3341 Thomashire Ct. Marietta, GA 30066-4786** | **American Express** | ☐ D _____<br>☑ E/F __3.3__<br>☐ G _____ |
| 2.5 | **Sidney Abramowitz** | **3341 Thomashire Ct. Marietta, GA 30066-4786** | **Capital One** | ☐ D _____<br>☑ E/F __3.5__<br>☐ G _____ |

| Debtor | **A to Z Packaging Enterprises, Inc.** | Case number *(if known)* | **25-57545-JWC** |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

| Fill in this information to identify the case: |
| --- |

Debtor name    **A to Z Packaging Enterprises, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)    **25-57545-JWC**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$808,970.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$3,419,400.47** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$5,045,948.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **A to Z Packaging Enterprises, Inc.**                                    Case number *(if known)*  **25-57545-JWC**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1.** **2197 Canton Road, LLC**<br>c/o Lavista Associates, Inc.<br>3490 Piedmont Rd NE #1300<br>Atlanta, GA 30305 | | **$15,437.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **premises lease rent** |
| **3.2.** **Advanced Automation**<br>455 SW 5th Street<br>Suite C<br>Des Moines, IA 50309 | | **$9,021.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| **3.3.** **American Express**<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | | **$9,071.51** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| **3.4.** **Capital One**<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | | **$47,017.93** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| **3.5.** **Colquimica**<br>Nataliya Deyneka<br>2205 Beltway Blvd, Suite 200<br>Charlotte, NC 28214 | | **$44,434.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| **3.6.** **Diesel David Inc.**<br>10262 Main Street<br>Woodstock, GA 30188 | | **$13,380.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| **3.7.** **SABA North America LLC**<br>Cathryn Apley<br>2237 Wadhams Road<br>Smiths Creek, MI 48074 | | **$47,589.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| **3.8.** **UFP Packaging, LLC**<br>2801 East Beltline NE<br>Grand Rapids, MI 49525 | | **$13,708.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | A to Z Packaging Enterprises, Inc. | Case number *(if known)* | **25-57545-JWC** |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<div style="background:black;color:white">Part 3:</div> **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<div style="background:black;color:white">Part 4:</div> **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<div style="background:black;color:white">Part 5:</div> **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **A to Z Packaging Enterprises, Inc.** | Case number *(if known)* | **25-57545-JWC** |
| --- | --- | --- | --- |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Paul Reece Marr, P.C.**<br>**6075 Barfield Road**<br>**Suite 213**<br>**Sandy Springs, GA**<br>**30328-4402** | **$16,738.00 ($15,000.00 retainer + $2,738 Petition filing fee)** | **6/5/2025** | **$16,738.00** |
| | Email or website address<br>**paul.marr@marrlegal.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

| Debtor | **A to Z Packaging Enterprises, Inc.** | Case number *(if known)* | **25-57545-JWC** |
|---|---|---|---|

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | **A to Z Packaging Enterprises, Inc.** | Case number *(if known)* | **25-57545-JWC** |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

---

Debtor    **A to Z Packaging Enterprises, Inc.**                          Case number *(if known)*   **25-57545-JWC**

| Name and address | Date of service From-To |
| --- | --- |
| 26a.1.    **Rockridge Financial**<br>**Andrew Levy, CPA**<br>**7742 Spalding Drive, Ste 369**<br>**Norcross, GA 30092** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26b.1.    **Levy Tax Consulting, LLC**<br>**Sam Levy**<br>**1040 Crown pointe Pkwy, Ste 775**<br>**Atlanta, GA 30338-7701** | |

| Name and address | Date of service From-To |
| --- | --- |
| 26b.2.    **Rockridge Financial**<br>**Andrew Levy, CPA**<br>**7742 Spalding Drive, Ste 369**<br>**Norcross, GA 30092** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1.    **Sidney Abramowitz**<br>**Sherri Abramowitz**<br>**3605 Sandy Plains Road, Suite 240**<br>**Marietta, GA 30066** | |
| 26c.2.    **Rockridge Financial**<br>**Andrew Levy, CPA**<br>**7742 Spalding Drive, Ste 369**<br>**Norcross, GA 30092** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   **A to Z Packaging Enterprises, Inc.**                                    Case number *(if known)* **25-57545-JWC**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Sidney Abramowitz | 3341 Thomashire Court Marietta, GA 30066 | CEO, CFO, Secretary | 100 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Adam Abramowitz** | **$58,052.00** | **annual** | **compensation** |
| | Relationship to debtor **employee** | | | |
| 30.2. | **Alex Abramowitz** | **$83,980.00** | **annual** | **compensation** |
| | Relationship to debtor **employee** | | | |
| 30.3. | **Sidney Abramowitz 3341 Thomashire Court Marietta, GA 30066** | **$168,400.00** | **annual compensation** | **compensation** |
| | Relationship to debtor **sole owner and officer** | | | |
| 30.4. | **Sidney Abramowitz 3341 Thomashire Court Marietta, GA 30066** | **$84,30.87** | **past 365 days** | **owner distributions** |
| | Relationship to debtor **sole owner and officer** | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor  **A to Z Packaging Enterprises, Inc.**                                      Case number *(if known)*  **25-57545-JWC**

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐  No
■  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **A to Z Packaging Enterprises Cash Balance Plan** | **EIN:**    **20-5984260/002** |

Debtor   **A to Z Packaging Enterprises, Inc.**                                    Case number *(if known)*  **25-57545-JWC**

---

**Part 14:**  **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 29, 2025**

**/s/ Sidney Abramowitz**                                    **Sidney Abramowitz**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Georgia,  Atlanta Division

In re  **A to Z Packaging Enterprises, Inc.**                                           Case No.   **25-57545-JWC**

Debtor(s)                                            Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sidney Abramowitz<br>3341 Thomashire Ct.<br>Marietta, GA 30066-4786** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 29, 2025**                              Signature  **/s/ Sidney Abramowitz**

**Sidney Abramowitz**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

### SUPPLEMENTAL MATRIX

Atradius Collections Inc.
for SABA North America LLC
3500 Lacey Rd, Suite 220
Downers Grove, IL 60515

Denver Mattress
Attn: Bob Rensink
10800 E. 45th Ave.
Denver CO 80239

McMaster-Carr
P.O. Box 4355
Chicago IL 60680-4355

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | : | **Case No. 25-57545-JWC** |
| | : | |
| **A TO Z PACKAGING ENTERPRISES, INC,** | : | **Chapter 11** |
| | : | |
| **Debtor.** | : | **SubChapter V** |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Amended List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders, Schedules, Statement of Financial Affairs, Supplemental Matrix, and related documents*, using the Bankruptcy Court's Electronic Case Filing program which sends a notice of this document and an accompanying link to this document to all registered parties who have filed appearances in the above captioned case as follows:

Jody Charles Campbell on behalf of Creditor
HomeTrust Bank
jody@blumcampbell.com

Lindsay P. S. Kolba on behalf of U.S.
Trustee United States Trustee
lindsay.p.kolba@usdoj.gov

Adriano Omar Iqbal on behalf of U.S.
Trustee United States Trustee
adriano.o.iqbal@usdoj.gov

Cameron M. McCord
cmccord@joneswalden.com,
jwdistribution@joneswalden.com;bdernus@joneswalden.com

This the 29th day of July, 2025.

/s/ Paul Reece Marr
Paul Reece Marr
PAUL REECE MARR, P.C.
6075 Barfield Road
Suite 213
Sandy Springs, GA 30328
770-984-2255
paul.marr@marrlegal.com